Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 510
Santa Monica, California 90403
Tel: (310) 829-4250 Fax: (310) 622-7263

Paula D. Pearlman, State Bar No. 109038
  *paula.pearlman@lls.edu*
Michelle Uzeta, State Bar No. 164402
  *michelle.uzeta@lls.edu*
Maronel Barajas, State Bar No. 242044
  *maronel.barajas@lls.edu*
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Street, Suite 1120
Los Angeles, California 90017
Tel: (213) 736-1496 Fax: (213) 736-1428

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA ZEPEDA, el al.,<br><br>            Plaintiffs,<br>v.<br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>            Defendant. | Case No.:  CV10-8034 JFW (FMOx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>**[F.R.Civ.P. 41(a)(2)]** |

The Court has reviewed the stipulation for dismissal submitted by Plaintiffs Tania Zepeda, Yolanda Vargas, and E.M. (through his guardian ad litem Oscar Martinez), and Defendant Los Angeles Unified School District, through the parties' counsel of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Pursuant to the parties' stipulation and their settlement agreement previously reviewed by this Court prior to issuing its order approving the settlement of minor Plaintiff E.M.'s claims on November 14, 2012, the Court hereby orders the following:

1. The terms of the parties' final settlement agreement are expressly incorporated into this order of dismissal;
2. The Court retains jurisdiction over the parties' agreement should enforcement be necessary; and
3. This matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: November 20, 2012   _____
                            Hon. John F. Walter
                            Judge, U.S. District Court