1  Christopher H. Knauf, State Bar No. 185180
     *ck@goodlaw.biz*
2  KNAUF ASSOCIATES
3  2001 Wilshire Blvd, Suite 510
   Santa Monica, California 90403
4  Tel: (310) 829-4250 Fax: (310) 622-7263

5
   Paula D. Pearlman, State Bar No. 109038
6    *paula.pearlman@lls.edu*
7  Michelle Uzeta, State Bar No. 164402
     *michelle.uzeta@lls.edu*
8  Maronel Barajas, State Bar No. 242044
9    *maronel.barajas@lls.edu*
   DISABILITY RIGHTS LEGAL CENTER
10 800 S. Figueroa Street, Suite 1120
   Los Angeles, California 90017
11 Tel: (213) 736-1496 Fax: (213) 736-1428
12
13 Attorneys for Plaintiffs

14
                    UNITED STATES DISTRICT COURT
15
                    CENTRAL DISTRICT OF CALIFORNIA
16

17

18 | TANIA ZEPEDA, el al.,                | Case No.:  CV10-8034 JFW (FMOx)
19 |                Plaintiffs,            |
   | v.                                    | **ORDER RE**
20 | LOS ANGELES UNIFIED SCHOOL            | **STIPULATION FOR DISMISSAL**
21 | DISTRICT,                             |
   |                Defendant.             | **[F.R.Civ.P. 41(a)(2)]**
22

23

24

25

26

27

28


The Court has reviewed the stipulation for dismissal submitted by Plaintiffs Tania Zepeda, Yolanda Vargas, and E.M. (through his guardian ad litem Oscar Martinez), and Defendant Los Angeles Unified School District, through the parties' counsel of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Pursuant to the parties' stipulation and their settlement agreement previously reviewed by this Court prior to issuing its order approving the settlement of minor Plaintiff E.M.'s claims on November 14, 2012, the Court hereby orders the following:

1. The terms of the parties' final settlement agreement are expressly incorporated into this order of dismissal;
2. The Court retains jurisdiction over the parties' agreement should enforcement be necessary; and
3. This matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  November 20, 2012            _____
                                     Hon. John F. Walter
                                     Judge, U.S. District Court